NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney
        Social Security Administration
        160 Spear St., Suite 800
        San Francisco, CA 94105
        Telephone: (415) 977-8946
        Facsimile: (415) 744-0134
        Email: annabelle.yang@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LORI DRISCOLL, | ) |
| | ) Case No.: 2:19-CV-05432-JC |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| vs. | ) |
| | ) |
| ANDREW SAUL, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        The Court having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within

Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  January 14, 2020

_____
/s/
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE